UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE

CIVIL ACTION NO. 3:12-CV-394-H

CLAUDE R. COX, JR                                                               PLAINTIFF
a/k/a LISA-LEE-DUKE

v.

GINGY GRIDER                                                                   DEFENDANTS
HEATHER LOOSER
DEBRA PRATHER

## MEMORANDUM OPINION AND ORDER

Plaintiff's original complaint alleged various causes of action arising from his incarceration in the Kentucky State Penitentiary . On November 9, 2012, this Court issued a Memorandum Opinion and Order setting forth its preliminary review of the complaint. That preliminary review dismissed a number of allegations in the complaint. However, it did allow Plaintiff to pursue his claim regarding medical care and treatment. The Court further ordered that within thirty days of entry of the Memorandum Opinion and Order Plaintiff shall amend his mental health treatment claim to provide more details about the alleged wrong-doing. The Court stated that Plaintiff's failure to file an amended complaint or a statement of additional reasons for his claim could result in dismissal of his claim. At the Court's request, Defendants have provided the full medical record as part of the evidence in this case.

Subsequently, Plaintiff failed to sufficiently detail additional allegations setting forth the reasons supporting his cause of action. In addition, Plaintiff has failed to file a pre-trial memorandum setting forth the reasons supporting his cause of action as required by this Court.

On July 31, 2013, the remaining Defendants filed motions for summary judgment. These motions set forth in considerable detail the care provided to Plaintiff while he was an inmate at

the Kentucky State Penitentiary.  The Court has carefully reviewed these motions and the evidence set forth in them.  These records demonstrate that Plaintiff received continuous and comprehensive care for all of the medical conditions about which he complained.  The evidence fully supports Defendants' contention that no subjective or objective basis for inadequate care exists in the record.

In addition, Plaintiff has failed to respond to either pending motion for summary judgment, even though the time for response has long since passed.  Because Defendants have demonstrated that no reasonable jury could find in favor of Plaintiff on his claims of inadequate or unconstitutional care and because Plaintiff has failed to respond to either the Court's scheduling order or Defendants' motions for summary judgment, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that each of the Defendants' motions for summary judgment are SUSTAINED and Plaintiff's remaining claims are DISMISSED WITH PREJUDICE.

This is a final order.

cc: Claude R. Cox, Jr., Plaintiff Pro Se
     Counsel of Record